No. 85–6741. STRATTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–6743. LIPSMAN v. ANDERSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–6747. COCHRAN v. UNITED STATES POSTAL SERVICE. C. A. 5th Cir. Certiorari denied.

No. 85–6751. THERRIEN v. VOSE, SUPERINTENDENT, MASSA-CHUSETTS CORRECTIONAL INSTITUTION. C. A. 1st Cir. Certiorari denied.

No. 85–6766. LARKIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6785. MAYBERRY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6792. CORLEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–6799. SPANO, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF SPANO v. ONONDAGA COUNTY, NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 85–6807. SAUERS v. COMMISSIONER OF INTERNAL REVE-NUE. C. A. 3d Cir. Certiorari denied.

No. 85–6812. DAVIDSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–6827. ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6838. WALETZKI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–6841. ORGERA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6858. GARZA-PACHECO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6860. BUTLER ET AL. v. BROOKLYN UNION GAS ET AL. C. A. 2d Cir. Certiorari denied.